IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT FABER** **PLAINTIFF**
**ADC #131921**

v. CASE NO. 4:17-CV-00870 BSM

**GARY STEWART, et al.** **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 9] submitted by United States Magistrate Judge Jerome T. Kearney has been received. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in its entirety. Accordingly, defendants Stewart, Royals, and Andrews are dismissed without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 9th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE