IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT FABER                                                                                                PLAINTIFF
ADC #131921

v.                               CASE NO. 4:17-CV-00870 BSM

GARY STEWART, et al.                                                                                  DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's findings and recommendations [Doc. No. 25] are adopted. Robert Faber's case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE